# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| STACIE HOLT, *et al.*, | : | Case No. 1:19-cv-79 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| GLASS FAMILY PIZZA, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING THE PARTIES' AMENDED JOINT MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION (Doc. 10)

This civil action is before the Court on the parties' amended joint motion to stay proceedings and compel arbitration (the "Joint Motion"), pursuant to Rule 12 of the Federal Rules of Civil Procedure and Sections 1–4 of the Federal Arbitration Act (the "FAA"). (Doc. 10). On review, the Court finds the Joint Motion well-taken and, accordingly, the Court **GRANTS** the Joint Motion as follows:

1. The claims of Plaintiffs Stacie Holt and Sarah Day and opt-in Plaintiffs Shelby Piercefield and Amanda Papia (collectively "Plaintiffs") in this civil action are subject to binding and enforceable arbitration agreements, entered into pursuant to the FAA.

2. Pursuant to Section 4 of the FAA and the express terms of the arbitration agreements between the parties, Plaintiffs' claims are hereby **COMPELLED** to individual arbitration for resolution pursuant to the terms of the parties' arbitration agreements. Plaintiffs shall not be permitted to bring their claims in arbitration on a class or collective action basis.

3.  This civil action is hereby **STAYED** pending the outcome of arbitration.  The

parties are directed to provide status reports to the Court at least once every six months

following the date of this Order.

4.  The parties' original joint motion to stay proceedings and compel arbitration

(Doc. 9) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Date:  July 15, 2019                                                    *s/ Timothy S. Black*
                                                                        Timothy S. Black
                                                                        United States District Judge