UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STACIE HOLT, *et al.*,

    Plaintiffs,

vs.

GLASS FAMILY PIZZA, INC., *et al.*,

    Defendants.

Case No. 1:19-cv-79

Judge Timothy S. Black

**ORDER GRANTING PLAINTIFFS'
RENEWED UNOPPOSED MOTION
FOR SETTLEMENT APPROVAL (Doc. 14)**

This civil action is before the Court on Plaintiffs' Renewed Unopposed Motion for Settlement Approval (the "Motion for Settlement Approval"). (Doc. 14). In the Motion for Settlement Approval, Plaintiffs ask the Court to: (1) approve 42 different settlement agreements (the "Individual Settlement Agreements"); and (2) dismiss this civil action with prejudice.[1] (*Id.* at 1–2). Defendants do not oppose the Motion for Settlement Approval. (*Id.* at 1). The Court, having reviewed the Motion for Settlement Approval, the Individual Settlement Agreements, and all other relevant filings, concludes that the

---

[1] The Individual Settlement Agreements refer to the settlement agreements that each of the following Plaintiffs executed with Defendants Glass Family Pizza, Inc. and John Glass: Stacie Holt, Sarah Day, Amanda Papia, Shelby Piercefield, Eric Seigneur, Allyson Leavitt, Scott Davis, Jason Gruener, Brandon Wagner, Stephen Eckstein, Bailey Vannelli, Chaz Jones, Dorthy Lorenz, Josh Duncan, Paul Elliott, Brandon Barekman, William Bailey, Holly Chenault, Rachel Vineyard, Todd Rush, Dylan Huth, William Alsup, Katrina Voorhees, Ryan Miles, Frank Ellman, Michael Sexton, Whitney Kilgore, Josh Bailey, Alex Fechtelkotter, James Hurtt, Samuel McIntosh, David Stammer, Daniel Vickers, Shawn Watson, Jarvis Tolliver, Brandon Browning, Rebecca Deaton, Bobby Mosely, Michael Roberts, DeEric Avery, Samantha Philhower, and Brittany Knight. The Individual Settlement Agreements appear in Docs. 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, and 12-8.

Individual Settlement Agreements are fair and reasonable and meet the standard for approval under the Fair Labor Standards Act, 29 U.S.C. § 216(b).

Accordingly, based upon the foregoing:

1. The Motion for Settlement Approval (Doc. 14) is **GRANTED**;

2. The Individual Settlement Agreements (Docs. 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, and 12-8) are **APPROVED**;

3. This civil action is **DISMISSED with prejudice**, with each party to bear his/her/its own court costs, attorney fees, and expenses, except as otherwise provided in the Individual Settlement Agreements;

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court; and

5. The Court expressly and explicitly retains jurisdiction to enforce the Individual Settlement Agreements.

**IT IS SO ORDERED.**

Date: 1/29/2020

Timothy S. Black
United States District Judge